Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ellesse Henderson
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

*Attorney for Petitioner Gilbert Jose Saavedra Gomez

# United States District Court
# District of Nevada

Gilbert Jose Saavedra Gomez,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02848-CDS-NJK

**Order Approving Stipulation to Extend Time to File Traverse (Second Request)**

[ECF Nos. 12, 13]

Petitioner Gilbert Jose Saavedra Gomez and Respondents, Todd Blanche, *et al.*, through undersigned counsel, hereby submit this Stipulation for a 14-day extension of time for Petitioner to file a traverse to his amended petition for writ of habeas corpus, moving the deadline from October 29, 2026, to November 12, 2026.

This extension is warranted because counsel understands Mr. Saavedra Gomez did not appeal the IJ's September 23, 2026, removal order, but is still awaiting confirmation. Should Respondents confirm that Mr. Saavedra Gomez did not appeal, then his removal order will be final, and the original basis for his habeas petition will be moot.

On October 29, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney James Sweetin, who agrees to this nine-day extension.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Saavedra Gomez to file a traverse to November 12, 2026.

Respectfully submitted this 29th day of October, 2026.

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH, First Assistant
United States Attorney

/s/ *James Sweetin*
James Sweetin
Assistant United States Attorney

RENE L. VALLADARES
Federal Public Defender

*/s/ Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

It is ordered that the parties' second stipulation **[ECF No. 13] is approved**, therefore the deadline for the petitioner to file a traverse is extended to November 12, 2026. It is further ordered that the parties' first stipulation [**ECF No. 12] is denied as moot**.

UNITED STATE DISTRICT JUDGE

DATED: October 30, 2026