Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ellesse Henderson
Assistant Federal Public Defender
California State Bar No. 302838
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ellesse_Henderson@fd.org

*Attorney for Petitioner Gilbert Jose Saavedra Gomez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Gilbert Jose Saavedra Gomez,

Petitioner

v.

Todd Blanche, *et al.*,

Respondents

Case No. 2:26-cv-02848-CDS-NJK

**Order Granting Petitioner's Retroactive Motion to Extend Time to File Traverse (Third Request)**

[ECF No. 15]

Petitioner Gilbert Jose Saavedra Gomez, through undersigned counsel, hereby submits this motion for a 14-day extension of time for Petitioner to file a traverse to his amended petition for writ of habeas corpus, moving the deadline from November 12, 2026, to November 26, 2026.

This extension is warranted because counsel understands Mr. Saavedra Gomez may not wish to proceed with his appeal of the IJ's September 23, 2026, removal order, but is still awaiting confirmation. Respondents provided confirmation that Mr. Saavedra Gomez did file an appeal, but it is uncertain whether that appeal is still pending. Should counsel for either Petitioner or

Respondents receive confirmation that Mr. Saavedra Gomez is not proceeding with his appeal, then his removal order will be final, and the original basis for his habeas petition will be moot.

Because of a calendaring error, counsel for Petitioner did not seek this extension of time earlier.

On November 15, 2026, undersigned counsel contacted counsel for Respondents, Assistant United States Attorney James Sweetin. Undersigned counsel has not yet received a response.

Accordingly, Petitioner respectfully requests that the Court grant this motion and extend the deadline for Mr. Saavedra Gomez to file a traverse to November 26, 2026.

Respectfully submitted this 16th day of November, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Ellesse Henderson*
Ellesse Henderson
Assistant Federal Public Defender

IT IS SO ORDERED, nunc pro tunc:

United States District Judge

Dated: November 17, 2026